# Exhibit

# 4



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

August 3, 2020

**VIA EMAIL:  kelmir@cervera.com**
Ms. Karen Elmir
Cervera Real Estate, Inc.
1450 South Miami Avenue
Miami, FL 33130

**Re:   Nadeau v. Cervera Real Estate, Inc & Elmir**
     **Our File No.:  00614-0004**

Dear Ms. Elmir,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client JonPaul Marcel Nadeau, a photographer, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*JonPaul Marcel Nadeau ("Nadeau")*
Our client is an experienced professional photographer who makes a living from photography.  JonPaul Nadeau is the owner and principal photographer of Aremac Photography, located in South Florida. Nadeau specializes in high quality interior and exterior photography, aerial footage, short HD films, and floor plans. He provides a detailed and customized finished product to every client. Nadeau has over 7 years experience working in the industry, and working alongside his mentor, he now expands his horizons to 3D tours and film.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Ms. Karen Elmir
Cervera Real Estate, Inc
August 3, 2020
Page 2

Nadeau retains all copyrights to his photographs.  Nadeau licenses his copyrighted
Works, such as the one in this case, for commercial use.

Nadeau created the image, hereinafter referred to as the "Work."

Like this one shown below. Copies of the works at issue in this matter are enclosed.



Nadeau registered the Work with the Register of Copyrights on  and was assigned the
registration number , a copy of which is enclosed.

*Infringement by Cervera Real Estate, Inc and Karen Elmir ("Cervera Real Estate and Elmir")*
We have enclosed contemporaneous evidence of the infringement by Cervera Real
Estate and Elmir.   In addition to the infringement, Nadeau's photograph was very
obviously cropped as shown on the attached.  You have employed our client's Work in
at least the manner indicated in the evidence attached.  Your unauthorized use
commenced on at least the date indicated above.  You are fully aware that the Work you
used is our client's Work.  No one from your company ever sought a license from our
client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission,
license or consent.  The use of a creator's photographic image without written consent or
license violates the United States Code, Title 17, and The Copyright Act.  The Copyright
Act provides for entry of an injunction directing removal of the offending materials
pending litigation.  This letter shall serve as formal notice that you immediately cease
and desist all unauthorized uses of our client's Work.  Any such further uses shall be at
your peril.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Ms. Karen Elmir
Cervera Real Estate, Inc
August 3, 2020
Page 3

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Nadeau when a work is infringed or altered.  Section 504 permits Nadeau to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  Nadeau's photographs are of the highest quality.  Nadeau's photographs are also scarce since he is one of the only sources of such quality photographs.

Nadeau's damages are not limited to what he would have agreed to license the Work for prior to the infringement.  Rather, Nadeau's actual damages will be measured by the fair market value of the photograph considering Cervera Real Estate and Elmir's use to sell and promote its business.  Nadeau's actual damages must be measured in light of Cervera Real Estate and Elmir's use of Nadeau's high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, Nadeau can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Nadeau to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Nadeau will also be entitled to Cervera Real Estate and Elmir's profits from the infringement, based upon the revenue Cervera Real Estate and Elmir earned in connection with the use of Nadeau's Work.

There is also the possibility that a judge or jury could determine that Cervera Real Estate and Elmir's infringement was willful.  If Cervera Real Estate and Elmir's infringement

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Ms. Karen Elmir
Cervera Real Estate, Inc
August 3, 2020
Page 4

was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1.  the full nature and extent of the use of our client's Work, in any and all formats;

2.  representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3.  the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by July 9, 2020, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jha
Enclosures

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Marie Strong

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-191-674**

**Effective Date of Registration:**
December 31, 2019
**Registration Decision Date:**
February 20, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 24, 2017 to November 15, 2017



## Title

| | |
|---|---|
| **Title of Group:** | 80 Hendricks, 1112 S North lake, Biscayne Beach, Grove at Grand Bay, Karen A. Highland Beach |
| **Number of Photographs in Group:** | 161 |

| | |
|---|---|
| • **Individual Photographs:** | DJI_1001, DJI_1002, DJI_1003, DJI_1004, DJI_1005,DJI_1006,DSC_3553,DSC_3558,DSC_3564,DSC_3570,DSC_3581 ,DSC_3582,DSC_3585,DSC_3587,DSC_3588,DSC_3590,DSC_3594,DSC_3 595,DSC_3599,DSC_3602,DSC_3603,DSC_3609,DSC_3614,DSC_3746, |
| **Published:** | March 2017 |
| • **Individual Photographs:** | DJI_00007,DJI_0008,DJI_0012,DJI_0019,DJI_0023,DJI_0028,DSC_7761,DS C_7779,DSC_7788,DSC_7794,DSC_7799,DSC_7801,DSC_7804,DSC_7820, DSC_7830,DSC_7839,DSC_7850,DSC_7858,DSC_7871,DSC_7878,DSC_78 93,DSC_7905,DSC_7911,DSC_7914,DSC_7920,DSC_7932,DSC_7943,DSC _7944,DSC_7949,DSC_7952,DSC_7953,DSC_7960,DSC_7961,DSC_7964,D SC_7969,DSC_7975,DSC_7983,DSC_7990,DSC_7995,DSC_7998,DSC_801 3,DSC_8020,DSC_8025,DSC_8028,DSC_8037,DSC_8044,DSC_8048,DSC_ 8058,DSC_8097,DSC_8098,DSC_8103,DSC_8107,DSC_8110,DSC_8111,DS C_8114,DSC_8115,DSC_8124,DSC_8128,DSC_8129,DSC_81331,DSC_8134 ,DSC_8136,DSC_8144,DSC_8152,DSC_8157,DSC_8164,DSC_8170,DSC_8 172,DSC_8180,DSC_8183,DSC_8186,DSC_8416, |
| **Published:** | June 2017 |
| • **Individual Photographs:** | DJI_0001,DJI_0009,DJI_0021,DJI_0024,DJI_0037,DJI_0044,DJI_0052,DJI_0 059,DJI_0068,DJI_0077,DSC_9337,DSC_9447,DSC_9450,DSC_9456,DSC_ 9466,DSC_9471,DSC_9472,DSC_9487,DSC_9493,DSC_9499,DSC_9505,DS C_9508,DSC_9513,DSC_9515,DSC_9522,DSC_9528,DSC_9546,DSC_9547, DSC_9550,DSC_9552,DSC_9564,DSC_9570,DSC_9581,DSC_9583,DSC_95 86,DSC_9603,DSC_9606, |
| **Published:** | July 2017 |
| • **Individual Photographs:** | DJI_0006,DJI_0007,DJI_0010,DJI_0011,DJI_0014,DJI_00144, |
| **Published:** | August 2017 |
| • **Individual Photographs:** | DJI_1010,DJI_1011,DJI_1012,DJI_1013,DJI_1014,DJI_1015,DJI_1016,DJI_1 017,DJI_1018,DJI_1019,DJI_1020,DSC_6763,DSC_6766,DSC_6767,DSC_6 |



.XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

774,DSC_6781,DSC_6782,DSC_6785,DSC_6792,DSC_6795,DSC_6796,DS
C_7031,

**Published:** November 2017

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Earliest Publication Date in Group:** | March 24, 2017 |
| **Latest Publication Date in Group:** | November 15, 2017 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Jonpaul Nadeau |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonpaul Nadeau |
| | 220 NE 17th Ave, Pompano Beach, FL, 33060, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jonpaul Nadeau |
| **Email:** | jonpaulnadeau12@gmail.com |
| **Telephone:** | (860)422-3663 |
| **Address:** | 220 Ne 17th Ave |
| | Pompano Beach, FL 33060 United States |

## Certification

| | |
|---|---|
| **Name:** | Jonpaul Nadeau |
| **Date:** | December 31, 2019 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as



**theelmirgroup** SOLD ‼️

- Biscayne Beach BH202
- 2 Bedrooms+DEN 3.5 Bathrooms
- Custom Built Beach House
- Spiral Stairway to Private Cabana
- List Price $ 1,350,000

#theelmirgroup #milliondollarlisting #listingoftheday #homesforsale #miami #florida #one #acre #invest #build #rent #buy #sell

View all 4 comments

OCTOBER 15, 2018



**theelmirgroup**
Biscayne Beach

Liked by **patriciaalfonso24** and **176 others**

**theelmirgroup** SOLD ‼️

Biscayne Beach BH202



**theelmirgroup**
Biscayne Beach

Liked by **patriciaalfonso24** and **176 others**

**theelmirgroup** SOLD ‼️

Biscayne Beach BH202



Liked by **patriciaalfonso24** and **176 others**

**theelmirgroup** SOLD ‼️

- Biscayne Beach BH202
- 2 Bedrooms+DEN 3.5 Bathrooms
- Custom Built Beach House
- Spiral Stairway to Private Cabana
- List Price $ 1,350,000

#theelmirgroup #milliondollarlisting #listingoftheday
#homesforsale #miami #florida #one #acre #invest
#build #rent #buy #sell

View all 4 comments

OCTOBER 17, 2018









## Photo

 **theelmirgroup**
Coconut Grove 



*Join Us!*

PROGRESSIVE BROKERS OPEN
2669 S BAYSHORE DR #2001N

    

  Liked by **patriciaalfonso24** and **100 others**

**theelmirgroup** Join us tomorrow for light bites &
champagne! : Wednesday, Nov 1st :12PM-2PM
📍 Grove at Grand Bay Unit 2001N | 5 Bd | 6.5 Baths

< **Photo** ↺



   

 Liked by **patriciaalfonso24** and **100 others**

**theelmirgroup** Join us tomorrow for light bites & champagne! 📅 : Wednesday, Nov 1st ⏱ :12PM–2PM 📍 Grove at Grand Bay Unit 2001N | 5 Bd | 6.5 Baths | 5,514 SF | Offered at: $7,500,000 and also for at Rent:$25,000

#progressive #brokers #open #groveatgrandbay #coconutgrove #luxurylifestyle #itsalifestyle #theelmirgroup #coconutgrovespecialist #champagne #openhouse #topproducer

View all 3 comments

OCTOBER 31, 2017

    



Craig A. Wirth
*Associate Attorney*

Direct: 561.990.2474
craig.wirth@sriplaw.com

September 17, 2020

**VIA EMAIL: brickelly@remiami.com ; robertomalca@cervera.com**
Mr. Robert Malca
Brickelly.com
1450 S Miami Ave
Miami, FL 33130

Re:   Nadeau v. Cervera Real Estate, Inc & Brickelly.com
      Our File No.:  00614-0016

Dear Mr. Malca,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client JonPaul Marcel Nadeau, a photographer, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*JonPaul Marcel Nadeau ("Nadeau")*
Our client is an experienced professional photographer who makes a living from photography.  JonPaul Nadeau is the owner and principal photographer of Aremac Photography, located in South Florida. Nadeau specializes in high quality interior and exterior photography, aerial footage, short HD films, and floor plans. He provides a detailed and customized finished product to every client. Nadeau has over 7 years experience working in the industry, and working alongside his mentor, he now expands his horizons to 3D tours and film.

CALIFORNIA
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mr. Robert Malca
Cervera Real Estate, Inc
September 17, 2020
Page 2

Nadeau retains all copyrights to his photographs.  Nadeau licenses his copyrighted Works, such as the ones in this case, for commercial use.

Nadeau created the images, hereinafter referred to as the "Works."

The Works at issue are shown below.



CALIFORNIA
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Robert Malca
Cervera Real Estate, Inc
September 17, 2020
Page 3





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Robert Malca
Cervera Real Estate, Inc
September 17, 2020
Page 4

Nadeau applied for registration with the Register of Copyrights on April 16, 2020, copies of which are enclosed.

*Infringement by Cervera Real Estate, Inc and Brickelly.com ("Cervera")*
We have enclosed contemporaneous evidence of the infringement by Cervera.   You have employed our client's Works in at least the manner indicated in the evidence attached. You are fully aware that the Works you used are our client's Works.  No one from your company ever sought a license from our client to use the Works for any purpose.

You have copied, displayed and distributed our client's Works without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Works.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Works, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to Nadeau when a work is infringed or altered.  Section 504 permits Nadeau to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. Nadeau can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  Nadeau's photographs are of the highest quality.  Nadeau's photographs are also scarce since he is one of the only sources of such quality photographs.

Nadeau's damages are not limited to what he would have agreed to license the Works for prior to the infringement.  Rather, Nadeau's actual damages will be measured by the fair market value of the photograph considering Cervera's use to sell and promote its

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Robert Malca
Cervera Real Estate, Inc
September 17, 2020
Page 5

business.  Nadeau's actual damages must be measured in light of Cervera's use of Nadeau's high quality and unique Works.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, Nadeau can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Nadeau to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Nadeau will also be entitled to Cervera's profits from the infringement, based upon the revenue Cervera earned in connection with the use of Nadeau's Works.

Alternatively, Nadeau could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that  Cervera's infringement was willful.  If Cervera's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's Works, in any and all formats;

2. representative copies in any and all tangible form and media in which our client's Works were incorporated or employed; and

3. the source of the Works.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Robert Malca
Cervera Real Estate, Inc
September 17, 2020
Page 6


representative by October 1, 2020, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Craig A. Wirth

CAW/tsu

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-8744143361

## Mail Certificate

Jonpaul Nadeau
220 NE 17th Ave
Pompano Beach, FL 33060 United States

**Priority:**   Routine          **Application Date:**   April 16, 2020

## Correspondent

**Name:**   Jonpaul Nadeau
**Email:**   jonpaulnadeau12@gmail.com
**Telephone:**   (860)422-3663
**Address:**   220 NE 17th Ave
Pompano Beach, FL 33060 United States

**Registration Number**

# *-APPLICATION-*

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   May 13, 2018 to May 13, 2018

## Title

**Title of Group:**   Brickell 10 Case # 1-8744143361
**Number of Photographs in Group:**   56

## Completion/Publication

**Year of Completion:**   2018
**Earliest Publication Date in Group:**   May 13, 2018
**Latest Publication Date in Group:**   May 13, 2018
**Nation of First Publication:**   United States

## Author

- **Author:**   Jonpaul Nadeau
  **Author Created:**   photographs
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Jonpaul Nadeau
220 NE 17th Ave, Pompano Beach, FL, 33060, United States

## Rights and Permissions

**Name:**   Jonpaul Nadeau
**Email:**   jonpaulnadeau12@gmail.com
**Telephone:**   (860)422-3663
**Address:**   220 NE 17th Ave
Pompano Beach, FL 33060

## Certification

**Name:**   Jonpaul Nadeau
**Date**:   April 16, 2020

---

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**URL**              https://www.brickelly.com/building/brickell-ten/
**Date captured**    September  4th 2020, 2:50:11PM
**Last updated**     September  4th 2020, 2:50:11PM
**Hash**             c3ed6e30b0d72add0bce7345d43391133467224896cd89f637ea2115a8707501



LOGIN | REGISTER

# Brickelly.com

Brickell T en
1010 SW 2 AVE MIAMI FL 33130

**INQUIRE**

PHOTOS    MAP VIEW    2 Ave Miami FL 33130

8 of 16

© Miami MLS® 03/2019

| 16 FOR SALE | 9 FOR RENT | 3 PENDING | 13 SOLD |
| --- | --- | --- | --- |

$319K to $785K
TODAY'S PRICES

♡ SAVE FAVORITE

Share                    Email To A Friend

## Amenities at Brickell T en

- Elevator
- Exercise Room
- Exterior Lighting
- Heated Pool
- her Amenities
- te Pool

**Brickelly.com from Brickelly**

How can we help? We're here for you!

Reply to Brickelly.com

Chat ⚡ by Drift

**URL**                 https://www.brickelly.com/building/brickell-ten/
**Date captured**       September  4th 2020, 2:45:51PM
**Last updated**        September  4th 2020, 2:45:51PM
**Hash**                3f8ac328ff058be2e559996e4f694f8a4cf4c4524eed12c930b54c27d7f0df9b

. LOGIN | REGISTER

# Brickelly.com

## Brickell T en
1010 SW 2 AVE MIAMI FL 33130

**INQUIRE**



PHOTOS   MAP VIEW

| 16 | 9 | 3 | 13 |
|----|----|----|----|
| FOR SALE | FOR RENT | PENDING | SOLD |

### $319K to $785K
TODAY'S PRICES

♡ SAVE FAVORITE

. Share | ✉ Email To A Friend

## Amenities at Brickell T  en

- Elevator
- Exercise Room
- Exterior Lighting
- Heated Pool
- Other Amenities
- Pool
- Private Pool
- Sauna
- Spa/Hot Tub
- Trash Chute

For Sale



Condos For Sale
Brickell T en

**Brickelly.com from Brickelly**

How can we help? We're here for you!

Reply to Brickelly.com  ☺

Chat ⚡ by Drift

**URL**          https://www.brickelly.com/building/brickell-ten/
**Date captured** September  4th 2020, 2:49:57PM
**Last updated**  September  4th 2020, 2:49:57PM
**Hash**          5ecee682f6af73335e2d2e61c8bdab5b4dc4e71eb4a25d387fa8e08d20607642



. LOGIN | REGISTER

Brickell T en
1010 SW 2 AVE MIAMI FL 33130

INQUIRE



PHOTOS   MAP VIEW   2 Ave Miami FL 33130

6 of 16

| 16 FOR SALE | 9 FOR RENT | 3 PENDING | 13 SOLD |
|---|---|---|---|

| $319K to $785K TODAY'S PRICES | ♡ SAVE FAVORITE |
|---|---|

. Share    ☐ Email To A Friend



Brickelly.com from Brickell

How can we help? We're here for you!

Reply to Brickelly.com                    ☺

Chat ⚡ by **Drift**

Amenities at Brickell T   en

- Elevator
- Exercise Room
- Exterior Lighting
- Heated Pool
- her Amenities
- te Pool

**URL**      https://www.brickelly.com/building/brickell-ten/
**Date captured**  September  4th 2020, 2:50:06PM
**Last updated**   September  4th 2020, 2:50:06PM
**Hash**      0796f50bbd81d0eac3d2928b27866ef46d7e7d76b2eda2340ea1a1604911b4e6

LOGIN | REGISTER



## Brickell T en
1010 SW 2 AVE MIAMI FL 33130

**INQUIRE**



PHOTOS   MAP VIEW   2 Ave Miami FL 33130

7 of 16

| **16** FOR SALE | **9** FOR RENT | **3** PENDING | **13** SOLD |
|---|---|---|---|

| $319K to $785K TODAY'S PRICES | ♡ SAVE FAVORITE |
|---|---|

Share   Email To A Friend

## Amenities at Brickell T  en

- Elevator
- Exercise Room
- Exterior Lighting
- Heated Pool
- ...her Amenities
- ...te Pool




Brickelly.com from Brickelly

How can we help? We're here for you!

Reply to Brickelly.com

Chat ⚡ by Drift





Craig A. Wirth
*Associate Attorney*

Direct: 561.990.2474
craig.wirth@sriplaw.com

September 17, 2020

**VIA EMAIL: brickelly@remiami.com ; robertomalca@cervera.com**
Mr. Robert Malca
Brickelly.com
1450 S Miami Ave
Miami, FL 33130

**Re:   Nadeau v. Cervera Real Estate, Inc & Brickelly.com**
       **Our File No.:  00614-0016**

Dear Mr. Malca,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a)  The name of the insurer.
(b)  The name of each insured.
(c)  The limits of the liability coverage.
(d)  A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and
(e)  A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**SRIPLAW**

Craig A. Wirth

CAW/tsu

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com



Craig A. Wirth
*Associate Attorney*

Direct: 561.990.2474
craig.wirth@sriplaw.com

October 5, 2020

**VIA EMAIL: brickelly@remiami.com ; robertomalca@cervera.com**
Mr. Roberto Malca
Brickelly.com
1450 S Miami Ave
Miami, FL 33130

Re:   **Nadeau v. Cervera Real Estate, Inc & Brickelly.com**
       **Our File No.:  00614-0016**

Dear Mr. Malca,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write this follow up letter on behalf of our client JonPaul Marcel Nadeau for the purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated September 17, 2020, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has not been removed.  It is imperative that you respond to us.  If we do not hear from you, we will be forced to take further steps to protect our client's rights, including filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Robert Malca
Cervera Real Estate, Inc
October 5, 2020
Page 2

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Craig A. Wirth

CAW/tsu

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com



Craig A. Wirth
*Associate Attorney*

Direct: 561.990.2474
craig.wirth@sriplaw.com

October 27, 2020

**VIA FEDEX:**
Mr. Roberto Malca
Brickelly.com
1450 S Miami Ave
Miami, FL 33130

**Re:   Nadeau v. Cervera Real Estate, Inc & Brickelly.com**
**Our File No.:  00614-0016**

Dear Mr. Malca,

We write this final follow up letter on behalf of our client JonPaul Marcel Nadeau, for the purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our previous letters dated September 17, 2020 & October 5, 2020, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

It is imperative that you respond to us.  If we do not hear back from you, we will be forced to take further steps to protect our client's rights such as filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Craig A. Wirth

CAW/tsu

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com